# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**Linda A. Reedy**

**\* Debtors**

| | |
|---|---|
| Chapter: | **13** |
| Case Number: | **5-10-07208RNO** |
| Document No.: | **33** |
| Nature of Proceeding: | **Petition for Unclaimed Funds** |

# ORDER

**IT IS ORDERED** that the Petition for Unclaimed Funds, filed 2/26/2014, is approved.

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Bankruptcy Judge
(BI)

Dated: March 7, 2016